NATHANIEL R. LUCEY, Esq. (SBN 260796)
ERICKSEN ARBUTHNOT
152 North Third Street, Suite 700
San Jose, CA 95112
Tel: (408) 286-0880
Fax: (408) 286-0337

Attorneys for Defendants
REAL TIME RESOLUTIONS, INC.
and RRA CP OPPORTUNITY TRUST 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In Re<br><br>EUTROPIO CANEZARES CORETANA and MARY ELAINE CONTRERAS CORETANA,<br><br>Debtors. | Bankruptcy Case No. 08-43574 RLE<br>Chapter 13<br><br>Adversary Proceeding No. 19-4026 RLE<br><br>Sup. Ct. Case No. HG19013119<br><br>**DECLARATION OF SHAUNA BOEDEKER IN SUPPORT OF DEFENDANTS REAL TIME RESOLUTIONS, INC. AND RRA CP OPPORTUNITY TRUST 1'S OPPOSITION TO MOTION FOR REMAND**<br><br>DATE: August 8, 2019<br>TIME: 11:00 a.m.<br>CTRM: 201<br>JUDGE: Hon. Roger L. Efremsky |
| MARY CORETANA,<br><br>Plaintiff,<br><br>v.<br><br>REAL TIME RESOLUTIONS, INC., RRA CP OPPORTUNITY TRUST 1, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | |

I, Shauna Boedeker, declare that:

- 1 -
DECL. OF SHAUNA BOEDEKER ISO OPPOSITION TO MOTION FOR REMAND

1. I am the Chief Financial Officer at Real Time Resolutions, Inc. and in that capacity I have personal knowledge regarding the matters set forth herein.

2. In 2008, Bank of America purchased Countrywide Bank and in so doing, loans issued by Countrywide Bank, such as the debtor's loan herein, were purchased by Bank of America. Debtor's loan was sold into a securitization of which the Bank of New York Mellon is the Indenture Trustee.

3. On April 22, 2016, pursuant to a Loan Sale Agreement between The Bank of New York Mellon as Indenture Trustee for nine securitization trusts and RRA CP OPPORTUNITY TRUST 1, the debtor's loan was sold to RRA CP OPPORTUNITY TRUST 1. Debtor's HELOC, Loan #136828262 was bundled into the CWHEQ Revolving Home Equity Loan Trust Series 2006-E, which was one of the nine trusts involved in the Loan Sale Agreement. (Attached hereto as Exhibit "A" is a true and correct (redacted) copy of said Loan Sales Agreement, which lists Loan #136828262 as one of the loans sold.)

4. Based on the terms of the Loan Sales Agreement, RRA CP OPPORTUNITY TRUST 1 is the owner of debtor's loan #136828262. I am informed and believe that REAL TIME RESOLUTIONS, INC. is the loan servicer for RRA CP OPPORTUNITY TRUST 1 for the Debtor's Loan.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 30th day of July, 2019, in Dallas, Texas.

REAL TIME RESOLUTIONS, INC.

By _____
Shauna Boedeker, Chief Financial Officer

# LOAN SALE AGREEMENT

Between

The Bank of New York Mellon

as Indenture Trustee of the following Trusts:

CWABS Revolving Home Equity Loan Trust, Series 2004-I
CWABS Revolving Home Equity Loan Trust, Series 2004-P
CWHEQ Revolving Home Equity Loan Trust, Series 2005-A
CWHEQ Revolving Home Equity Loan Trust, Series 2005-E
CWHEQ Revolving Home Equity Loan Trust, Series 2005-I
CWHEQ Revolving Home Equity Loan Trust, Series 2005-M
CWHEQ Revolving Home Equity Loan Trust, Series 2006-E
CWHEQ Revolving Home Equity Loan Trust, Series 2006-G
CWHEQ Revolving Home Equity Loan Trust, Series 2007-E

as Seller

and

RRA CP OPPORTUNITY TRUST 1,

as Purchaser

Charged-off Residential Loans

Dated as of April 22, 2016

# LOAN SALE AGREEMENT

This Loan Sale Agreement (the "**Agreement**") is entered into as of April 22, 2016 by and between The Bank of New York Mellon, not in its individual capacity but solely as Indenture Trustee (the "**Indenture Trustee**") for the following nine securitization trusts (the "**Trusts**"):

1. CWABS Revolving Home Equity Loan Trust, Series 2004-I
2. CWABS Revolving Home Equity Loan Trust, Series 2004-P
3. CWHEQ Revolving Home Equity Loan Trust, Series 2005-A
4. CWHEQ Revolving Home Equity Loan Trust, Series 2005-E
5. CWHEQ Revolving Home Equity Loan Trust, Series 2005-I
6. CWHEQ Revolving Home Equity Loan Trust, Series 2005-M
7. CWHEQ Revolving Home Equity Loan Trust, Series 2006-E
8. CWHEQ Revolving Home Equity Loan Trust, Series 2006-G
9. CWHEQ Revolving Home Equity Loan Trust, Series 2007-E

(each such Trust, the "**Seller**") and RRA CP OPPORTUNITY TRUST 1, a Delaware statutory trust (the "**Purchaser**").


- 1 -

4834-7950-7492.6
Case: 19-04026    Doc# 29    Filed: 07/30/19    Entered: 07/30/19 14:59:54    Page 4 of 8

indenture. The Indenture Trustee shall be afforded all of the rights, protections, immunities and indemnities set forth in the respective indentures related to the Trusts in connection with any action it takes hereunder.

IN WITNESS WHEREOF, Seller and Purchaser have caused their names to be signed hereto by their respective authorized officers as of the date first above written.

THE BANK OF NEW YORK MELLON, not in its individual capacity but solely as Indenture Trustee of each Trust identified in this Agreement and the Loan Schedules

By: _____
Name: _____
Title: _____

RRA CP OPPORTUNITY TRUST 1, Purchaser

By: RRA CP LLC, its administrator

    By: Resource Residential Mortgage, LLC, its manager

By: _____
Name: _____
Title: _____

Acknowledge and agreed:

MBIA Insurance Corporation, as Insurer

By: _[signature]_____
Name: Sai Uppuluri
Title: Managing Director

- 14 -

4834-7950-7492.6

indenture. The Indenture Trustee shall be afforded all of the rights, protections, immunities and indemnities set forth in the respective indentures related to the Trusts in connection with any action it takes hereunder.

IN WITNESS WHEREOF, Seller and Purchaser have caused their names to be signed hereto by their respective authorized officers as of the date first above written.

THE BANK OF NEW YORK MELLON, not in its
individual capacity but solely as Indenture Trustee
of each Trust identified in this Agreement and the
Loan Schedules

By: _____
Name: _____
Title: _____

RRA CP OPPORTUNITY TRUST I, Purchaser

By: RRA CP LLC, its administrator

    By: Resource Residential Mortgage, LLC, its manager

By: _____
Name: ANTHONY COGIILLO
Title: SVP

Acknowledge and agreed:

MBIA Insurance Corporation, as Insurer

By: _____
Name: Sai Uppuluri
Title: Managing Director

- 14 -

Case: 19-04026   Doc# 29   Filed: 07/30/19   Entered: 07/30/19 14:59:54   Page 6 of 8

IN WITNESS WHEREOF, Seller and Purchaser have caused their names to be signed hereto by their respective authorized officers as of the date first above written.

THE BANK OF NEW YORK MELLON, not in its individual capacity but solely as Indenture Trustee of each Trust identified in this Agreement and the Loan Schedules

By: _____
Name: GLENN E. MITCHELL
Title: VICE PRESIDENT

RRA CP OPPORTUNITY TRUST 1, Purchaser

By: RRA CP LLC, its administrator

    By: Resource Residential Mortgage, LLC, its manager

By: _____
Name: ANTHONY CONIGLIO
Title: SVP

Acknowledge and agreed:

MBIA Insurance Corporation, as Insurer

By: _____
Name:
Title:

Case: 19-04026   Doc# 29   Filed: 07/30/19   Entered: 07/30/19 14:59:54   Page 7 of 8



4834-7950-7492.3