NATHANIEL R. LUCEY, Esq. (SBN 260796)
LAURA E. MALKOFSKY, Esq. (SBN 142536)
ERICKSEN ARBUTHNOT
152 North Third Street, Suite 700
San Jose, CA 95112
Tel: (408) 286-0880
Fax: (408) 286-0337

Attorneys for Defendants
REAL TIME RESOLUTIONS, INC.
And RRA CP OPPORTUNITY TRUST 1

The following constitutes the order of the Court.
Signed: August 12, 2019

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In Re<br><br>EUTROPIO CANEZARES CORETANA and MARY ELAINE CONTRERAS CORETANA,<br><br>Debtors.<br>_____<br>MARY CORETANA,<br><br>Plaintiff,<br><br>v.<br><br>REAL TIME RESOLUTIONS, INC., RRA CP OPPORTUNITY TRUST 1, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Bankruptcy Case No. 08-43574 RLE<br>Chapter 13<br><br>Adversary Proceeding No. 19-4026 RLE<br><br>**ORDER GRANTING DEFENDANTS REAL TIME RESOLUTIONS, INC. AND RRA CP OPPORTUNITY TRUST 1'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [FRCP 12(b)(c)]** |

On August 8, 2019, the Court, having reviewed all papers filed by the parties on the matter, and hearing oral argument thereon, for the reasons stated on the record, hereby grants Defendants Real Time Resolutions, Inc. and RRA CP Opportunity Trust 1's Motion to Dismiss

- 1 -
ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S COMPLAINT

1 | Plaintiff's Complaint pursuant to FRCP 12(b) without leave to amend.
2 | ***
3 | END OF ORDER
4 | ***

## COURT SERVICE LIST

All ECF recipients                                                     via ECF